UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Harvey Virgil Uglem,

Plaintiff,

v.

ORDER
Civil No. 00-1875

City of Grant, et al.,

Defendants.

---

This matter is before the Court upon Plaintiff's Motion for a temporary restraining order pursuant to Federal Rules of Civil Procedure 65(b).

Rule 65(b) provides that a temporary restraining order may be granted without notice to the opposing parties only if 1) it clearly appears from specific facts shown by affidavit or by the verified complaint that immediate and irreparable injury, loss or damage will result to the applicant before the adverse party can be heard in opposition, and 2) the applicant certifies to the court in writing the efforts, if any, which have been made to give notice and the reasons supporting the claim that notice should not be required.

The Court has thoroughly reviewed the submissions of Plaintiff in support of his motion for a temporary restraining order. The Court finds that Plaintiff has failed to put forth sufficient evidence to establish that he will suffer immediate or irreparable harm. Further the Court finds that Plaintiff has not certified to the court in writing the efforts made to give notice to the Defendants or reasons that notice should not be required.

FILED AUG 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order is DENIED. Plaintiff is hereby ordered to serve notice on all Defendants.

Date: 8-9-00

Michael J. Davis
United States District Court